# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| SARA TAYLOR<br><br>Plaintiff,<br><br>v.<br><br>BEST INSURANCE GROUP, LLC,<br><br>Defendant. | Civil Action No.<br>3:25-CV-00079-CDL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Best Insurance Group, LLC hereby files this Corporate Disclosure Statement and states that Defendant has no parent corporation and is not a publicly traded corporation. No publicly traded corporation owns 10% or more of the company.

This the 18th day of September, 2025.

/s/ Bryan S. Kaplan
Bryan S. Kaplan
GA Bar No. 301706
KAPLAN LEGAL SERVICES, LLC
6100 Lake Forrest Drive NW, Suite 530
Atlanta, GA 30328
(404) 205-5835
bk@kaplanlawga.com

Attorneys for Defendant
BEST INSURANCE GROUP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, a true and correct copy of the Defendant's Corporate Disclosure Statement was served upon all parties entitled to notice via the Court's electronic transmission facilities or by placing a true and correct copy with the United States Postal Service with adequate postage affixed, addressed to:

ANTHONY I PARONICH, ESQ.
350 LINCOLN STREET STE 2400
HINGHAM, MA 02043
anthony@paronichlaw.com

VALERIE L CHINN, ESQ.
245 N HIGHLAND AVE
STE 230 #7
ATLANTA, GA 30307
vchinn@chinnlawfirm.com

This the 18th day of September, 2025.

/s/ Bryan S. Kaplan
Bryan S. Kaplan
GA Bar No. 301706
KAPLAN LEGAL SERVICES, LLC
6100 Lake Forrest Drive NW, Suite 530
Atlanta, GA 30328
(404) 205-5835
bk@kaplanlawga.com

Attorneys for Defendant
BEST INSURANCE GROUP, LLC