**EXHIBIT A**

(REV. 2025)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
____________________DIVISION

:
: Case No.
_______________________________ :

JOINT PROPOSED PRETRIAL ORDER - JURY

The following constitutes a pretrial order entered in the above-styled case after conference with counsel for the parties:

(1) (a) The names, addresses, and telephone numbers of all attorneys who personally appeared at pretrial and who will conduct the trial are as follows:

Plaintiff __________________________ Defendant _____

Other __________________________

(b) The names, addresses, and telephone numbers of all nonparty persons including attorneys who have a fixed or contingent financial interest in this case are as follows:

________________________________________________________________________

(2) (a) Companion cases pending in this and other federal / state courts are: _______________

(b) Possible derivative claims not now the subject of pending litigation: __________________

(3) The estimated time required for trial is: ______________

(4) The parties agree that the court has jurisdiction of the parties and the subject matter (cite jurisdictional statutes).

- OR -

The jurisdiction of the court was questioned because______. After hearing from the parties the court decided________________.

(5) The jury will be qualified as to relationship with the following:_____________________________

(6) All discovery has been completed, unless otherwise noted, and the court will not consider any further motions to compel discovery except for good cause shown. The parties, however, shall be permitted by agreement to take depositions of any person(s) for the preservation of evidence or for use at trial.

(7) Unless otherwise noted, the names of the parties as shown in the caption to this order are correct and complete, and there is no question by any party as to the misjoinder or non-joinder of any parties.

(8) The following is the plaintiff's brief and succinct outline of the case and contentions: ______________________________

(9) The following is the defendant's brief and succinct outline of the case and contentions: ______________________________

(10) The issues for determination by the jury are as follows:

_____________________________

(11) If a tort action, specifications of negligence, including applicable code sections, are as follows:_______________

(12) If a contract action, the terms of the contract are as follows (or, the contract is attached as an exhibit to this order):

(13) The types of damages and the applicable measure of those damages are as follows: ____________________________________________

(14) All material undisputed facts established by the pleadings, depositions, or admissions of the parties are attached hereto as **Exhibit A**, are signed by counsel, and will be submitted to the jury at the beginning of trial [ALL PARTIES MUST STIPULATE TO THESE FACTS - otherwise there are NO undisputed facts].

(15) Pursuant to the court's usual practice, pleadings will not be submitted to the jury.

(16) Special authorities relied upon by plaintiff relating to peculiar legal questions are as follows: _________________________

(17) Special authorities relied upon by defendant relating to peculiar legal questions are as follows: _________________________

(18) The following are lists of witnesses the:

(a) Plaintiff will have present at trial:_______________

(b) Plaintiff may have present at trial:________________

(c) Defendant will have present at trial: ______________

(d) Defendant may have present at trial: _______________

Opposing counsel may rely on representation by the designated party that it will have a witness present unless notice to the contrary is given in

sufficient time prior to trial to allow the other party to subpoena the witness or obtain this testimony by other means. Counsel should be prepared to state at the pretrial conference objections to any witness listed.

(19) Attached hereto as **Exhibit B** is a list of all depositions that each party intends to introduce at trial. **If** Parties do not intend to read the entire deposition into the record, page and line designations and counter designations should be included.

(20) Attached hereto as **Exhibit C** is a list of all exhibits that each party intends to tender into evidence at trial. *(Please designate with an asterisk (*) those exhibits to which an authenticity objection exists.)*

(21) Attached hereto as **Exhibit D** is the parties' proposed verdict form(s).

(22) Attached hereto as **Exhibit E** is the parties' proposed jury instructions.

(23) The possibilities of settling the case are: ___________

(24) A jury of twelve will be selected and all jurors shall participate in the verdict unless excused from service by the court.

(25) The parties are notified that if this action is settled after jurors have been summoned and it is too late to notify jurors that it is no longer necessary for them to report for jury service, the cost of compensating those jurors who report for jury service

unnecessarily shall be taxed as costs upon the parties, as the Court determines appropriate.

(26) Other matters: ______________________________

Submitted by:

/s/ Attorney for the Plaintiff

/s/ Attorney for the Defendant

*** ORDER ***

It is hereby ORDERED that the foregoing, including the attachments thereto, constitutes the pretrial order in the above case and supersedes the pleadings which may not be further amended except by order of the court to prevent manifest injustice.

This _____ day of______________________, 20 .

S/___________________________
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA