**United States District Court**
**Middle District of Georgia**

# USING JERS

**Jury Trials in select courtrooms are utilizing the JERS system. This allows jurors to remain in the jury room while reviewing electronic evidence during deliberations.**

## How to Submit Electronic Exhibit Files

Electronic evidence files should be provided on a USB drive, DVD, or CD.

*****ALL PDF's MUST BE FLATTENED! *****

A folder should be created on the drive, with the description of the party and case number.

- if plaintiff: **Plaintiff_casenumber**
- if defendant: **Defendant_casenumber**
- if joint: **Joint_casenumber**

## File Naming Method

- Exhibit files should be named using a naming convention similar to:
  **(exhibit number)-(exhibit part)_(exhibit description).(file extension)**

  *Exhibit names should not contain apostrophe ' or quotation " marks*

- The use of the "underscore" character is required when an optional description of the exhibit is included and cannot be used elsewhere in the exhibit name.
- Example listing of valid exhibit file names:
  **12_2009 Tax Statement.pdf, 35d.pdf, 12(a)_camera footage.wmv**
- Save the exhibit files in the party_casenumber folder created on the USB drive, DVD, or CD.

## Requirements for Exhibit Files Types and Limits

All electronic evidence should be provided in the following formats:

- Documents and Photographs: **All documents and photographs should be submitted in PDF format. Maximum size limit is 50MB each**
- Video and Audio Recordings: **.avi, .wmv, .mpg, .mp3, .wma, .wav Maximum size limit is 512MB each**

Other questions should be directed to the courtroom deputy.

*UPDATED 1/16/2025*