**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER INSURANCE BENEFITS, LLC D/B/A BEST INSURANCE GROUP<br><br>Defendant. | : | CIVIL ACTION FILE NO. 3:25-cv-00079-CDL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED September 4, 2026.

*Counsel for Plaintiff,*

By: /s/ *Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

anthony@paronichlaw.com

By: /s/ *Bryan S. Kaplan*
Bryan S. Kaplan
GA Bar No. 301706
Kaplan Legal Services, LLC
6100 Lake Forrest Drive NW, Suite 530
Atlanta, GA 30328
(404) 205-5835
bk@kaplanlawga.com

*Counsel for Defendant*